# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARL RAY MASEK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 22-00577 (UNA) |
| | ) |
| LISA BALDWIN *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DISMISSAL ORDER

Plaintiff has not complied with the March 25, 2022 Order, ECF No. 4, to file a properly executed motion to proceed in forma pauperis or to pay the full filing fee within 30 days. Therefore, this action is dismissed without prejudice under Local Civil Rule 83.23. The Clerk shall close the case.

_____/s/_____
RUDOLPH CONTRERAS
United States District Judge

Date: February 27, 2023